Entered on Docket
April 08, 2010

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc.
10-70525

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-10930-mkn |
|---|---|
| Fred Steltemeier and Diana Steltemeier | Date: 3/17/10<br>Time: 1:30pm |
| | Chapter 7 |
| Debtors. | |

### ORDER VACATING AUTOMATIC STAY

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor Wells Fargo Bank N.A. successor by merger to Wells Fargo Home Mortgage, Inc., its

4  assignees and/or successors in interest, of the subject property, generally described as 6325 Tierra Cove

5  Street, North Las Vegas, NV 89081, and legally described as follows:

Parcel I:
Lot Fifty-Four (54) In Block Two (2) of The Final Map of Pecos Park by Avante Homes - Unit 2 as shown by map thereof on File in Book 114 of Plats, Page 61 in the Office of the County Recorder of Clark County, Nevada.

Parcel II:
A non-exclusive right and easement of Ingress and egress and of use and enjoyment into and over the Common Elements disclosed by Covenants, Conditions, Restrictions and Easements recorded July 27, 2004 In Book 20040727 as Document No. 00141 In the Office of the County Recorder of Clark County, Nevada.

Submitted by:

**WILDE & ASSOCIATES**
By: /s/ Gregory L. Wilde #10099
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Matthew E. Aaron
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
David A. Rosenberg
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  ____ The court waived the requirements of LR 9021.
   ____ No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  ____ No parties appeared or filed written objections, and the trustee is the movant.
   _x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4  copy of this proposed order to all counsel who appeared at the hearing, and any trustee
   appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5  approved or disapproved the order, or failed to respond, as indicated below:

6  Debtor's counsel:
7  ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   _x_ failed to respond to the document
8  ____ appeared at the hearing, waived the right to review the order
9  ____ matter unopposed, did not appear at the hearing, waived the right to review the order
   Trustee:
10 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   _x_ failed to respond to the document
11

12 ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
   counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
13 parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
14 respond, as indicated below.

15 Debtor's counsel:
16 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   ____ failed to respond to the document
17 ____ appeared at the hearing, waived the right to review the order
18 ____ matter unopposed, did not appear at the hearing, waived the right to review the order

19 Trustee:
20 ____ approved the form of this order          ____ disapproved the form of this order
   ____ waived the right to review the order and/or   ____ failed to respond to the document
21

22 ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed
   written objection.
23

24 Submitted by:
   /s/ Gregory L. Wilde, Esq.
25 Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
26